UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| **In re** <br><br> **LEO STOLLER,** <br><br>            **Debtor.** | **Chapter 7** <br><br> **Case No. 05-64075** <br><br> **Hon. Jack B. Schmetterer** |
| **LEO STOLLER,** <br><br>            **Appellant,** <br><br> **v.** <br><br> **[Parties to be determined]** | **Appeal from U.S. Bankruptcy Court for the Northern District of Illinois** <br><br> **District Court Case No. 07-CV-0092** <br><br> **Hon. William J. Hibbler** |

## NOTICE OF FILING

**PLEASE TAKE NOTICE** that on **January 16, 2007** the undersigned caused to be filed with the Clerk of United States Bankruptcy Court for the Northern District of Illinois, Eastern Division the **Statement and Reservation of Rights of Trustee in Lieu of Designation of Additional Items for Record on Appeal,** a true and correct copy of which is attached and herewith served upon you.

                                                                        Richard M. Fogel, not individually, but as chapter 7 trustee for the bankruptcy estate of Leo Stoller

Dated: January 17, 2007                        By:    */s/ Janice A. Alwin*
                                                                                One of his attorneys

Janice A. Alwin (6277043)
Shaw Gussis Fishman Glantz
Wolfson & Towbin LLC
321 North Clark Street, Suite 800
Chicago, IL 60610
Tel: (312) 276-1323
Fax: (312) 275-0571
email: jalwin@shawgussis.com

{5814 NOF A0157019.DOC}

## CERTIFICATE OF SERVICE

Janice A. Alwin certifies that service of the above and foregoing notice and attached pleadings was accomplished by electronic mail to the parties listed below on this 17th day of January, 2007.

/s/ Janice A. Alwin

Leo Stoller
7115 West North Ave #272
Oak Park, IL 60302
Email: Ldms4@hotmail.com

Lance G. Johnson
Roylance, Abrams, Berdo & Goodman, LLP
1300 19th Street, NW Suite 600
Washington, DC 20036
Email: Ljohnson@roylance.com

William J. Barrett
Barack Ferrazzano Kirschbaum
  Perlman & Nagelberg LLC
333 West Wacker Drive, Suite 2700
Chicago, IL 60606
Email: William.barrett@bfkpn.com

Steve Wolfe
Office of the U.S. Trustee, Region 11
227 W. Monroe St.Suite 3350
Chicago, IL 60606
Email: Steve.G.Wolfe@usdoj.gov

William J. Factor
Seyfarth Shaw LLP
131 S. Dearborn St, Ste 2400
Chicago, IL 60603
Email: wfactor@seyfath.com

Michael Zeller
Quinn, Emanuel, Urquhart, Oliver & Hedges, LLP
865 South Figueroa Street, 3rd Floor
Los Angeles, CA 90017
Email: michaelzeller@quinnemanuel.com