Leo Stoller vs. Google Inc | Doc. 4 Att. 1

Case 1:07-cv-00092   Document 4-2   Filed 01/17/2007   Page 1 of 3

# UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | |
|---|---|
| **In re** | **Chapter 7** |
| **LEO STOLLER,** | **Case No. 05-64075** |
| Debtor. | **Hon. Jack B. Schmetterer** |
| | **District Court Case No. 07-CV-0092** |

### STATEMENT AND RESERVATION OF RIGHTS OF TRUSTEE IN LIEU OF DESIGNATION OF ADDITIONAL ITEMS FOR RECORD ON APPEAL

Richard M. Fogel, not individually, but as chapter 7 trustee (the "Trustee") for the bankruptcy estate of Leo Stoller (the "Debtor"), submits the following statement and reservation of rights in lieu of his designation of additional items for record on appeal:

### Background

1. On December 20, 2005 (the "Petition Date"), the Debtor filed a voluntary petition in this Court for relief under chapter 13 of the Bankruptcy Code. The Debtor's case was converted to a case under chapter 7 on September 1, 2006 (the "Conversion Date"). The Trustee was duly appointed on September 6, 2006 to administer the Debtor's estate (the "Estate").

2. Since the Conversion Date, the Debtor has filed four Notices of Appeal, in which the Debtor endeavors to appeal eleven orders (whether entered or not). In fact, the Debtor has indicated on numerous occasions that he will continue to appeal each and every order of the Bankruptcy Court until he is able to reach a settlement of his bankruptcy case with the Trustee and the Debtor's creditors.

3. In light of numerous defects on the face of each of the Debtor's purported Notices of Appeals, the pending the ruling of the U.S. District Court for the Northern District of Illinois

{5814 STA A0156945.DOC}

in connection with certain of the Debtor's pending appeals, and the frivolous and vexatious in nature of the purported appeals, the Trustee submits this statement in lieu of his designation of additional items for the record on appeal and expressly reserves his right to supplement or amend this statement and to appropriately respond to any and all appeals of the Debtor if, when, and to the extent that the Debtor files and perfects a proper appeal.

                                                     Respectfully submitted,

                                                     Richard M. Fogel, not individually, but as chapter 7 trustee for the bankruptcy estate of Leo Stoller

Dated: January 16, 2007                    By:    */s/ Janice A. Alwin*
                                                              One of his attorneys

Janice A. Alwin (6277043)
Shaw Gussis Fishman Glantz
Wolfson & Towbin LLC
321 North Clark Street, Suite 800
Chicago, IL 60610
Tel: (312) 276-1323
Fax: (312) 275-0571
email: jalwin@shawgussis.com

{5814 STA A0156945.DOC}        2

## CERTIFICATE OF SERVICE

Janice A. Alwin certifies that service of the above and foregoing notice and attached pleadings was accomplished through the Electronic Notice for Registrants on the attached CM/ECF service list, as well as upon the attached mail service list by electronic mail on this 16th day of January, 2007.

                                                */s/ Janice A. Alwin*

The following is the list of attorneys who are currently on the list to receive e-mail notices for this case.

- Janice A Alwin
  jalwin@shawgussis.com
- William J. Barrett
  william.barrett@bfkpn.com
- Beverly A Berneman
  bberneman@querrey.com
- William J Factor
  wfactor@seyfarth.com
- Richard M Fogel
  rfogel@shawgussis.com, rfogel@ecf.epiqsystems.com
- Richard L Hirsh   bk-lawfirm@sbcglobal.net
- Sara E Lorber   slorber@seyfarth.com
- Wendy R. Morgan
  wrm@lawyer.com
- William T Neary
  USTPRegion11.ES.ECF@usdoj.gov
- Sven T Nylen
  snylen@freebornpeters.com, sthoma@freebornpeters.com
- August A Pilati
  apilati@gpgglaw.com

## Email and Mail Service List

Leo Stoller
7115 West North Ave #272
Oak Park, IL 60302
Email: Ldms4@hotmail.com

Lance G. Johnson
Roylance, Abrams, Berdo & Goodman, LLP
1300 19th Street, NW Suite 600
Washington, DC 20036
Email: Ljohnson@roylance.com

William J. Barrett
Barack Ferrazzano Kirschbaum
  Perlman & Nagelberg LLC
333 West Wacker Drive, Suite 2700
Chicago, IL 60606
Email: William.barrett@bfkpn.com

Steve Wolfe
Office of the U.S. Trustee, Region 11
227 W. Monroe St. Suite 3350
Chicago, IL 60606
Email: Steve.G.Wolfe@usdoj.gov

William J. Factor
Seyfarth Shaw LLP
131 S. Dearborn St, Ste 2400
Chicago, IL 60603
Email: wfactor@seyfath.com

Michael Zeller
Quinn, Emanuel, Urquhart, Oliver & Hedges, LLP
865 South Figueroa Street, 3rd Floor
Los Angeles, CA 90017
Email: michaelzeller@quinnemanuel.com

{5814 STA A0156945.DOC}