## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Case No. 05 B 64075 |
| | ) | Chapter 7 |
| LEO STOLLER, | ) | |
| | ) | Honorable Jack B. Schmetterer |
| Debtor. | ) | |
| _____ | ) | |
| LEO STOLLER, | ) | |
| | ) | Appeal from U.S. Bankruptcy Court |
| | ) | for the Northern District of Illinois |
| v. | ) | |
| | ) | District Court Case No. 07-CV-0092 |
| [Parties to be determined] | ) | Honorable William J. Hibbler |

### NOTICE OF FILING

**PLEASE TAKE NOTICE**, that on January 17, 2007, the undersigned caused to be filed with the Clerk of United States Bankruptcy Court for the Northern District of Illinois, Eastern Division, the **Statement and Reservation of Rights of Pure Fishing, Inc. in Lieu of Counter-Designation of Additional Items for Record on Appeal**, a true and correct copy of which is attached and herewith served upon you..

DATED:  January 17, 2007          PURE FISHING, INC.

                                  By: /s/  William J. Factor_____
                                      One of Its Attorneys

William J. Factor (6205675)
Sara E. Lorber (6229740)
SEYFARTH SHAW LLP
131 South Dearborn, Suite 2400
Chicago, Illinois  60603
Tel. (312) 460-5000
Fax: (312) 460-7000

Dockets.Justia.com

## CERTIFICATE OF SERVICE

The undersigned attorney hereby certifies that on this 17th day of January, 2007, he caused a copy of the attached **Notice of Statement and Reservation of Rights of Pure Fishing in Lieu of Counter-Designation of Additional Items for Record on Appeal**, to be served upon the following persons via the manner indicated.


_/s/_  William J. Factor_

## Service List

(U.S. Mail prepaid)
Richard N. Golding
Law Office of Richard N. Golding,
500 North Dearborn Street
2nd Floor
Chicago, IL  60606

(U.S. Mail prepaid)
Stephen G. Wolfe
Assistant United States Trustee
Office of the United States Trustee
227 West Monroe Street
Suite 3350
Chicago, IL  60606

(U.S. Mail prepaid and email)
Leo Stoller
7115 W. North Avenue,  #272
Oak Park, Illinois  60302

(U.S. Mail prepaid)
Richard M. Fogel
Janice Alwin
Shaw, Gussis, Fishman, Glantz,
    Wolfson & Tobin LLC
321 North Clark Street
Suite 800
Chicago, Illinois  60610

(U.S. Mail prepaid)
William J. Barrett
Barack, Ferrazzano, Kirschbaum,
Perlman & Nagelberg, Llp
333 West Wacker Drive, Suite 2700
Chicago, Illinois  60606

(U.S. Mail prepaid)
Michael T. Zeller
Quinn Emanuel Urquhart Oliver & Hedges, Llp
865 South Figueroa Street, Tenth Floor
Los Angeles, CA  90017

(U.S. Mail prepaid)
Melvin J. Kaplan
Bennett A. Kahn
Melvin J. Kaplan & Associates
14 E. Jackson Blvd., Suite 1200
Chicago, IL  60606