IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION



KC **FILED**
MAY 15 2007
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

| | |
|---|---|
| In Re: | Case No: 07-CV-92 |
| LEO STOLLER, | Hon. William J. Hibbler |
| Debtor. | Bankruptcy Appeal from Case No. 05 B 64075 Hon. Jack B. Schmetterer |

## NOTICE OF FILING

TO:  Timothy C. Meece Richard M. Fogel, Trustee
 Banner & Witcoff, Ltd. Shaw, Gussis, et. al.
 10 South Wacker Drive, Suite 3000 321 N. Clark Street, #800
 Chicago, Illinois 60606 Chicago, Illinois 60610

 PLEASE TAKE NOTICE that on the **15th day of May, 2007**, there was filed with the Clerk of the United States District Court for the Northern District, Eastern Division, **Additional Authority In Support of Motion For Leave To Appeal** *In Forma* **Pauperis**, a copy of which is attached hereto.

 I certify that I served this Notice mailing a copy to each person to whom it is directed at the address above indicated by depositing it in the U.S. Mail on this ___/5//7___ day of May, 2007, with proper postage prepaid.

 _____
 Leo Stoller, *pro se*
 7115 W. North Avenue
 Oak Park, Illinois 60302
 (312) 545-4554
 Email: ldms4@hotmail.com

Date: May 15, 2007

C:\MARKS44\0792.NOF

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| In Re: | Case No: 07-CV-92 |
| LEO STOLLER, | Hon. William J. Hibbler |
| Debtor. | Bankruptcy Appeal from Case No. 05 B 64075 |
| | Hon. Jack B. Schmetterer |

FILED MAY 15 2007 MICHAEL W. DOBBINS CLERK, U.S. DISTRICT COURT

## ADDITIONAL AUTHORITY IN SUPPORT OF
## MOTION FOR LEAVE TO APPEAL *IN FORMA PAUPERIS*

NOW COMES Leo Stoller and submits the attached order of Bankruptcy Judge Jack B. Schmetterer as additional authority in support of Motion For Leave To Appeal *In Forma Pauperis*.

Respectfully submitted,

*Leo Stoller*

Leo Stoller, *pro se*
7115 W. North Avenue
Oak Park, Illinois 60302
(312) 545-4554
Email: ldms4@hotmail.com

Date: May 15, 2007

## DECLARATION

The undersigned, Leo Stoller, declares that he is authorized to execute this document on its behalf, that all statements made of his own knowledge are true and all statements made on information and belief are believed to be true; and further that these statements were made with the knowledge that willful false statements and the like so made are punishable by fine or imprisonment, or both, under Section 1001 of Title 18 of the United States Code.

By: _____
Leo Stoller

### Certificate of Mailing

I hereby certify that the foregoing is being sent with the U.S. Postal Service by First Class Mail in an enveloped addressed to:

Clerk of the Court
United States District Court
for the Northern District
219 South Dearborn
Chicago, IL 60607

_/s/ Leo Stoller_
Leo Stoller
Date: May 15, 2007

### Certificate of Service

I hereby certify that the foreging is being deposited with the U.S. Postal Service as First Class mail in an envelope addressed to:

Timothy C. Meece
Banner & Witcoff, Ltd.
10 South Wacker Drive, Suite 3000
Chicago Illinois 60606

Richard M. Fogel, Trustee
Shaw, Gussis, Fishman, Glantz,
Wolfson & Towbin LLC.
321 N. Clark Street, Suite 800
Chicago, Illinois 60610

_/s/ Leo Stoller_
Leo Stoller
Date: 5-15-07

C:\MARKS44\0792.APA

UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

Honorable JACK B. SCHMETTERER  Date: May 9, 2007

Bankruptcy Case No. 05 B 64075  Adversary No. _____

Title of Case: In re: Leo Stoller

Brief Statement of Motion: Debtor's Motion for Leave to Appeal in Forma Pauperis

Names and Addresses of moving counsel:

Representing:

Names and Addresses of other counsel entitled to notice and names of parties they represent: See Attached Service Certificate

## ORDER

Pursuant to standards stated on the record in open court, movant Leo Stoller's Motion for Leave to Appeal in Forma Pauperis is granted.

ENTER:

United States Bankruptcy Judge

ENTERED
MAY - 9 2007
JACK B. SCHMETTERER BANKRUPTCY JUDGE
UNITED STATES BANKRUPTCY COURT

Hand this memorandum to the Courtroom Deputy.
Counsel will not rise to address the Court until motion has been called.

## CERTIFICATE OF SERVICE

I, Dorothy Clay certify that on May 10, 2007, I caused to be mailed by United States first class mail copies of the foregoing ORDER to the following:

Mr. Leo Stoller
7115 West North Avenue
Apartment 272
Oak Park, IL 60302
Debtor Pro Se

William J. Factor, Esq.
Sara E. Lorber, Esq.
Seyfarth Shaw LLP
55 East Monroe Street
Suite 4200
Chicago, IL 60603
Counsel for Pure Fishing, Inc.

Lance G. Johnson, Esq.
Roylance, Abrams, Berdo & Goodman, LLP
1300 19th Street, N.W.
Suite 600
Washington, DC 20036
Counsel for Pure Fishing, Inc.

Richard M. Fogel, Esq.
Janice A. Alwin, Esq.
Richard A. Saldinger, Esq.
Patrick A. Clisham, Esq.
Shaw Gussis Fishman Glantz Wolfton
321 North Clark Street
Suite 800
Chicago, IL 60610
Trustee

Stephen G. Wolfe, Esq.
Office of the U.S. Trustee
227 West Monroe Street
Suite 3350
Chicago, IL 60606
U.S. Trustee

William J. Barrett, Esq.
Barack Ferrazzano
333 West Wacker Drive
Suite 2700
Chicago, IL 60606
Counsel for Google, Inc.

Beverly A. Berneman, Esq.
Querrey & Harrow, Ltd.
175 West Jackson Boulevard
Suite 1600
Chicago, IL 60604

Faiq Mihlar, Esq.
Heavner Scott Beyers & Mihlar
111 East Main Street, Suite 200
P.O. Box 740
Decatur, IL 62525
Counsel for LVNC Funding LLC

Wendy R. Morgan, Esq.
Law Firm of Wendy R. Morgan
1845 East Rand Road
Arlington Heights, IL 60004
Counsel for Nancy Reich

Sven T. Nylen, Esq.
Freeborn & Peters LLP
311 South Wacker Drive, Suite 3000
Chicago, IL 60606
Counsel for Lancope, Inc.

_Dorothy Clay_
Secretary/Deputy Clerk