IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

FILED JUN 28 2007
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

In Re:

LEO STOLLER,

Debtor.

Case No: 07-CV-92

Hon. William J. Hibbler

Bankruptcy Appeal from
Case No. 05 B 64075
Hon. Jack B. Schmetterer

## NOTICE OF MOTION

TO:   Timothy C. Meece
      Banner & Witcoff, Ltd.
      10 South Wacker Drive, Suite 3000
      Chicago, Illinois 60606

      Richard M. Fogel, Trustee
      Shaw, Gussis, et. al.
      321 N. Clark Street, #800
      Chicago, Illinois 60610

PLEASE TAKE NOTICE that on the ___9th___ day of July, 2007 at __9:30__ a.m., Debtor shall appear before the Honorable Judge Hibbler in the courtroom usually occupied by him, 219 S. Dearborn, Chicago, Illinois, 60603, and then and there present **Motion For Reconsideration**, a copy of which is attached hereto.

I certify that I served this Notice mailing a copy to each person to whom it is directed at the address above indicated by depositing it in the U.S. Mail on this __28th__ day of June, 2007, with proper postage prepaid.

_/s/ Leo Stoller_
Leo Stoller, *pro se*
7115 W. North Avenue
Oak Park, Illinois 60302
(312) 545-4554
Email: ldms4@hotmail.com

Date: June 28, 2007

C:\MARKS44\0792.MFR