IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In Re:                          )
                                )   Case No: 1:07-CV-00092
LEO STOLLER,                    )
                                )   Hon. William J. Hibbler
           Appellant.           )
                                )   Bankruptcy Appeal from
                                )   Case No. 05 B 64075
                                )   Hon. Jack B. Schmetterer
                                )
                                )   Orders dated June 20, 2007
                                )    and July 9, 2007

## DOCKETING STATEMENT AND ISSUES ON APPEAL

**FILED**
**JUL 1 0 2007**
**MICHAEL W. DOBBINS**
**CLERK, U.S. DISTRICT COURT**

1. **Docketing Statement** of Debtor-Appellant, Leo Stoller, *pro se*.

   Leo Stoller
   7115 W. North Avenue
   Oak Park, Illinois, 60302
   (312) 545-4554
   Email: ldms4@hotmail.com

2. **Interested Persons:**

   Leo Stoller, Appellant, a party to this Appeal.

3. **Judge:**

   Honorable William J. Hibbler entered an order on June 20, 2007 enjoining the Appellant from filing an appeal from bankruptcy proceeding 05 BK 64075 until the conclusion of said proceeding; and an order on July 9, 2007 denying Appellant's motion for reconsideration of the June 20, 2007 decision.

4. **Jurisdiction.**

   The District Court has jurisdiction under 28 U.S.C. §158(a) and (b).

5. **Pending Matters In Lower Tribunal:**

   Chapter 7 bankruptcy.

6. **Current and Prior Proceedings in this Court:**

   The Chapter 7 bankruptcy is currently pending.

7. **Court Transcript:**

Appellant ordered the transcript for this Appeal on July 9, 2007.

8. **Issues:**

Summary of the Case: Judge Hibbler issued an order enjoining Stoller from filing any appeals from the Bankruptcy Court proceeding until the conclusion of the said proceeding in violation of Stoller's due process and equal protection rights. In Judge Hibbler's denial of Stoller's motion for reconsideration, Judge Hibbler erroneously relied on a March 9, 2007 Executive Committee order enjoining Stoller "from filing any civil action or proceeding without first obtaining leave from the Committee." Judge Hibbler erroneously interrupted the Executive Committee order which relates to only **new** matters; not matters that have already been in litigation involving Stoller, including the bankruptcy.

9. **Type of Case:**

Chapter 7 bankruptcy.

*Leo Stoller*
Leo Stoller
7115 W. North Avenue
Oak Park, Illinois 60302
(312) 545-4554
Email: ldms4@hotmail.com

Date: July 10, 2007

C:\MARKS44\0792.DST