# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

**FILED**

|  |  |
|---|---|
| In Re: | ) |
|  | ) Case No: 1:07-CV-00092 |
| LEO STOLLER, | ) Hon. William J. Hibbler |
|  | ) |
|  | ) Bankruptcy Appeal from |
| Appellant. | ) Case No. 05 B 64075 |
|  | ) Hon. Jack B. Schmetterer |
|  | ) |
|  | ) Orders dated June 20, 2007 |
|  | ) and July 9, 2007 |

JH JUL 1 0 2007

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

## DESIGNATION OF THE CONTENT OF THE RECORD ON APPEAL

NOW COMES the Debtor, *pro se*, and identifies the record for appeal which consists of the following:

1) The transcript of the hearing on July 9, 2007.

2) All of the items listed on the attached Civil Docket Sheet.

Leo Stoller, *pro se*
7115 W. North Avenue
Oak Park, Illinois 60302
(312) 545-4554
Email: ldms4@hotmail.com

Date: July 10, 2007

### Certificate of Mailing

I hereby certify that the foregoing is being
sent by First Class Mail with the U.S. Postal
Service in an envelope addressed to:

Clerk of the Court
United States District Court
219 South Dearborn
Chicago, IL 60607

Leo Stoller
Date:  July 10, 2007

### Certificate of Service

I hereby certify that the foreging is being deposited
with the U.S. Postal Service as First Class mail in an
envelope addressed to:

Timothy C. Meece
Banner & Witcoff, Ltd.
10 South Wacker Drive, Suite 3000
Chicago Illinois  60606

Richard M. Fogel, Trustee
Shaw, Gussis, Fishman, Glantz,
 Wolfson & Towbin LLC.
321 N. Clark Street, Suite 800
Chicago, Illinois  60610

Leo Stoller
Date:  7-10-07

C:\MARKS44\0792.DOA

SCHENKIER

# United States District Court
## Northern District of Illinois - CM/ECF LIVE, Ver 3.0 (Chicago)
### CIVIL DOCKET FOR CASE #: 1:07-cv-00092

Leo Stoller vs. Google Inc
Assigned to: Honorable William J. Hibbler
Cause: 28:0158 Notice of Appeal re Bankruptcy Matter
(BAP)

Date Filed: 01/08/2007
Jury Demand: None
Nature of Suit: 422 Bankruptcy Appeal
(801)
Jurisdiction: Federal Question

**Appellant**

**Leo Stoller**                    represented by **Leo Stoller**
7115 W. North Avenue
Oak Park, IL 60302
(312)545-4554
PRO SE

V.

**Appellee**

**Google Inc**

**Service List**                   represented by **United States Trustee**
Office of the United States Trustee
227 West Monroe Street
Suite 3350
Chicago, IL 60606
*ATTORNEY TO BE NOTICED*

**Jack B Schmetterer**
United States Bankruptcy Court
219 South Dearborn
Chicago, IL 60604
*ATTORNEY TO BE NOTICED*

**Kenneth S. Gardner**
United States Bankruptcy Court
Northern District of Illinois
219 South Dearborn Street
Chicago, IL 60604
(312)435-5654
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| | | |

| 06/28/2007 | 11 | NOTICE of Motion by Leo Stoller for presentment of motion for reconsideration10 before Honorable William J. Hibbler on 7/9/2007 at 09:30 a.m.(gcy, ) (Entered: 06/29/2007) |
| 06/28/2007 | 10 | MOTION by Appellant Leo Stoller for reconsideration. (gcy, ) (Entered: 06/29/2007) |
| 06/20/2007 | 9 | MINUTE entry before Judge William J. Hibbler : For the reasons set forth below, this Court will issue a ruling on the instant appeal upon the conclusion of Stroller's bankruptcy proceedings in 05BK64075. Further, in the interest of judicial economy and to deter the numerous seemingly frivolous filing from Stroller, will order that Stoller is enjoined from filing appeals from bankruptcy proceeding 05 BK64075 until the conclusion of those proceedings.Mailed notice (mjc, ) (Entered: 06/22/2007) |
| 05/15/2007 | 8 | ADDITIONAL AUTHORITY In Support of Motion for Leave to Appeal in Forma Pauperis by Leo Stoller. (gcy, ) (Entered: 05/17/2007) |
| 01/25/2007 | 7 | SUPPLEMENTAL to the Record on Appeal from USBC/ND IL. (gcy, ) (Entered: 01/26/2007) |
| 01/17/2007 | 6 | DESIGNATION of Additional Items for Record on Appeal by Google Inc. (DOCUMENT NOT SCANNED). (gcy, ) (Entered: 01/19/2007) |
| 01/17/2007 | 5 | NOTICE by Pure Fishing, Inc. *of Statement and Reservation of Rights of Pure Fishing, Inc. in Lieu of Counter-Designation of Additional Items for Record on Appeal* (Factor, William) (Entered: 01/17/2007) |
| 01/17/2007 | 4 | NOTICE by Richard M. Fogel, not individually, but as chapter 7 trustee for the estate of Leo Stoller (Attachments: # 1 Exhibit)(Alwin, Janice) (Entered: 01/17/2007) |
| 01/08/2007 | 3 | ONE VOLUME OF MISCELLANEOUS DOCUMENTS. (05BK64075). (gcy, ) (Entered: 01/09/2007) |
| 01/08/2007 | 2 | CIVIL Cover Sheet. (gcy, ). Modified on 3/13/2007 (gcy, ). (Entered: 01/09/2007) |
| 01/08/2007 | 1 | APPEAL from U.S. Bankruptcy Court case number 05BK64075 consisting of Transmittal letter, Notice of Appeal, Certified Copy of Docket #1 thru 251. (Judge Schmetterer) (gcy, Modified on 3/13/2007 (gcy, ). (Entered: 01/09/2007) |

**PACER Service Center**

**Transaction Receipt**

07/10/2007 12:27:30

| PACER Login: | ls2729 | Client Code: | |
| Description: | Docket Report | Search Criteria: | 1:07-cv-00092 |