

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
### 219 SOUTH DEARBORN STREET
### CHICAGO, ILLINOIS 60604

**MICHAEL W. DOBBINS**
**CLERK**                                                                                                         312-435-5670

July 31, 2007

Mr. Gino J. Agnello, Clerk
U.S. Court of Appeals-Seventh Circuit
219 South Dearborn Street-Room 2722
Chicago, Illinois  60604

RE: LEO STOLLER VS   GOOGLE INC.

U.S.D.C. DOCKET NO. : 07CV92

U.S.C.A. DOCKET NO. : 07-2637

Dear Mr. Agnello:

Please find attached the original record on appeal consisting of the following:

VOLUME(S) OF PLEADING(S)                                         ONE VOLUME

VOLUME(S) OF TRANSCRIPT(S)

VOLUME(S) OF DEPOSITION(S)

EXHIBITS:

VAULT ITEMS:

OTHER (SPECIFY):                                                        ONE VOLUME.

SPECIAL NOTE:

Please acknowledge date of receipt of the above mentioned materials on the attached copy of this letter.

                                      Very truly yours,

                                      Michael W. Dobbins, Clerk

                                      By:_____
                                          C. HOESLY, Deputy Clerk

# United States District Court
## Northern District of Illinois
### 219 South Dearborn Street
### Chicago, Illinois  60604

I, MICHAEL W. DOBBINS, CLERK of the United States District Court for the Northern District of Illinois, do hereby certify to the United States Court of Appeals, for the Seventh Circuit, that the following is transmitted as part of the record on appeal in the cause entitled:

*STOLLER   VS   GOOGLE INC.*

USDC No.: 07CV92

USCA No.: 07-2637

| FILED DATE | ITEM NO. | DESCRIPTION |
|---|---|---|
| 01/17/2007 | 6 | DESIGNATION of Additional Items for Record on Appeal by Google Inc. (DOCUMENT NOT SCANNED). (gcy, ) (Entered: 01/19/2007) |

IN TESTIMONY WHEREOF, I have hereunto subscribed my name and affixed the seal of the aforesaid court at Chicago Illinois, this 31 ST day of JULY   2007.

MICHAEL W. DOBBINS, CLERK

By:_____
     C. HOESLY, Deputy Clerk

**I, MICHAEL W. DOBBINS, CLERK** of the United States District Court for the Northern District of Illinois, do hereby certify to the United States Court of Appeals, for the Seventh Circuit, that the documents submitted herewith and annexed hereto are the original papers filed and entered of record in my office, on the dates in the List of Documents, and together with a true copy of docket entries as they appear in the official dockets in this office, consisting of:

        ONE VOLUME OF PLEADINGS
        ONE LOOSE DOCUMENT.

In the cause entitled: LEO STOLLER VS GOOGLE INC..

USDC NO.   : 07CV92

USCA NO.   : 07-2637

        IN TESTIMONY WHEREOF, I hereunto subscribed my name and affixed the seal of the aforesaid Court at Chicago, Illinois, this 31 ST day of JULY   2007.

        MICHAEL W. DOBBINS, CLERK

        By: _____
           C. HOESLY, Deputy Clerk

APPEAL, SCHENKIER

# United States District Court
## Northern District of Illinois - CM/ECF LIVE, Ver 3.0 (Chicago)
## CIVIL DOCKET FOR CASE #: 1:07-cv-00092
### Internal Use Only

Leo Stoller vs. Google Inc
Assigned to: Honorable William J. Hibbler
Cause: 28:0158 Notice of Appeal re Bankruptcy Matter (BAP)

Date Filed: 01/08/2007
Jury Demand: None
Nature of Suit: 422 Bankruptcy Appeal (801)
Jurisdiction: Federal Question

**Appellant**

**Leo Stoller**  represented by **Leo Stoller**
7115 W. North Avenue
Oak Park, IL 60302
(312)545-4554
PRO SE

V.

**Appellee**

**Google Inc**

**Service List**  represented by **United States Trustee**
Office of the United States Trustee
227 West Monroe Street
Suite 3350
Chicago, IL 60606
*ATTORNEY TO BE NOTICED*

**Jack B Schmetterer**
United States Bankruptcy Court
219 South Dearborn
Chicago, IL 60604
*ATTORNEY TO BE NOTICED*

**Kenneth S. Gardner**
United States Bankruptcy Court
Northern District of Illinois
219 South Dearborn Street
Chicago, IL 60604
(312)435-5654
*ATTORNEY TO BE NOTICED*

Key: All numbered entries are included in the record transmitted unless crossed out or have N/A

| Date Filed | # | Docket Text |
|---|---|---|
| 01/08/2007 | 1 | APPEAL from U.S. Bankruptcy Court case number 05BK64075 consisting of Transmittal letter, Notice of Appeal, Certified Copy of Docket #1 thru 251. (Judge Schmetterer) (gcy, Modified on 3/13/2007 (gcy, ). (Entered: 01/09/2007) |
| 01/08/2007 | 2 | CIVIL Cover Sheet. (gcy, ) . Modified on 3/13/2007 (gcy, ). (Entered: 01/09/2007) |
| 01/08/2007 | 3 | ONE VOLUME OF MISCELLANEOUS DOCUMENTS. (05BK64075). (gcy, ) (Entered: 01/09/2007) |
| 01/17/2007 | 4 | NOTICE by Richard M. Fogel, not individually, but as chapter 7 trustee for the estate of Leo Stoller (Attachments: # **1** Exhibit)(Alwin, Janice) (Entered: 01/17/2007) |
| 01/17/2007 | 5 | NOTICE by Pure Fishing, Inc. *of Statement and Reservation of Rights of Pure Fishing, Inc. in Lieu of Counter-Designation of Additional Items for Record on Appeal* (Factor, William) (Entered: 01/17/2007) |
| 01/17/2007 S/C | 6 | DESIGNATION of Additional Items for Record on Appeal by Google Inc. (DOCUMENT NOT SCANNED). (gcy, ) (Entered: 01/19/2007) |
| 01/25/2007 | 7 | SUPPLEMENTAL to the Record on Appeal from USBC/ND IL. (gcy, ) (Entered: 01/26/2007) |
| 05/15/2007 | 8 | ADDITIONAL AUTHORITY In Support of Motion for Leave to Appeal in Forma Pauperis by Leo Stoller. (gcy, ) (Entered: 05/17/2007) |
| 06/20/2007 | 9 | MINUTE entry before Judge William J. Hibbler : For the reasons set forth below, this Court will issue a ruling on the instant appeal upon the conclusion of Stroller's bankruptcy proceedings in 05BK64075. Further, in the interest of judicial economy and to deter the numerous seemingly frivolous filing from Stroller, will order that Stoller is enjoined from filing appeals from bankruptcy proceeding 05 BK64075 until the conclusion of those proceedings.Mailed notice (mjc, ) (Entered: 06/22/2007) |

| | | |
|---|---|---|
| 06/28/2007 | 10 | MOTION by Appellant Leo Stoller for reconsideration. (gcy, ) (Entered: 06/29/2007) |
| 06/28/2007 | 11 | NOTICE of Motion by Leo Stoller for presentment of motion for reconsideration 10 before Honorable William J. Hibbler on 7/9/2007 at 09:30 a.m.(gcy, ) (Entered: 06/29/2007) |
| 07/09/2007 | 12 | MINUTE entry before Judge William J. Hibbler : For the reasons set forth below, Debtor/Appellee's Motion to Reconsider (doc. # 10) is Denied. Additionally, Stoller has failed to seek leave from the Executive Committee prior to the filing of his current appeals as ordered in that Committee's March 8, 2007 Order. This Court orders that Stoller act in accordance with the Executive Committee's Order forthwith or he may be subject to appropriate sanctions. Notices distributed in open court (gcy, ) (Entered: 07/11/2007) |
| 07/10/2007 | 13 | NOTICE of appeal by Leo Stoller regarding orders 9, 12; Notice of filing (FEE DUE). (cdh, ) (Entered: 07/13/2007) |
| 07/10/2007 | 14 | DOCKETING Statement and issues on appeal by Leo Stoller regarding notice of appeal 13 (cdh, ) (Entered: 07/13/2007) |
| 07/10/2007 | 15 | DESIGNATION by Leo Stoller of the content of the record on appeal (cdh, ) (Entered: 07/13/2007) |
| ~~07/13/2007~~ | ~~16~~ | ~~TRANSMITTED to the 7th Circuit the short record on notice of appeal 13. Notified counsel (cdh, ) (Entered: 07/13/2007)~~ |
| ~~07/13/2007~~ | ~~17~~ | ~~ACKNOWLEDGMENT of receipt of short record by 7th Circuit. USCA 07-2637. (gcy, ) (Entered: 07/17/2007)~~ |
| ~~07/13/2007~~ | ~~18~~ | ~~CIRCUIT Rule 3(b) Notice. (gcy, ) (Entered: 07/17/2007)~~ |