CERTIFIED COPY

# United States Court of Appeals

For the Seventh Circuit

Chicago, Illinois 60604

DISMISSAL PER CIRCUIT RULE 3(b)

Date: August 30, 2007

By the Court:

No. 07-2637

IN RE:
    LEO D. STOLLER,
        Debtor - Appellant

Appeal from the United States District Court for the
Northern District of Illinois, Eastern Division
No. 07 C 92, William J. Hibbler, Judge

       This cause, docketed on 7/13/07, is **DISMISSED** for failure to timely pay the required docketing fee, pursuant to Circuit Rule 3(b).

(1030-110293)

FILED

AUG 3 1 2007

AUG 31 2007

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

A True Copy
Teste:

[signature] Deputy
Clerk of the United States
Court of Appeals for the
Seventh Circuit