Leo Stoller vs. Google Inc                                                                                   Doc. 22

# United States Court of Appeals

For the Seventh Circuit

Chicago, Illinois 60604

## NOTICE OF ISSUANCE OF MANDATE

DATE:   August 30, 2007

TO:     Michael W. Dobbins
        United States District Court
        Northern District of Illinois
        219 S. Dearborn Street
        Chicago, IL  60604

FROM:   Clerk of the Court

RE:     07-2637
        Stoller, Leo v. Google, Incorporated
        07 C 92, William J. Hibbler, Judge

FILED
AUG 31 2007
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

Herewith is the mandate of this court in this appeal.
A certified copy of the opinion/order of the court
shall constitute the mandate.

The record that was filed with this court in this cause
will be returned at a later date.

Copies of this notice sent to:        Counsel of record

[ ]     United States Marshal

[ ]     United States Probation Office

Please acknowledge receipt of these documents on the enclosed copy
of this notice.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

Received above mandate from the Clerk, U.S. Court of Appeals for
the Seventh Circuit.

Date: _____     _____
(1203-052495)                             Deputy Clerk, U.S. District Court

Dockets.Justia.com