# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.0
### Eastern Division

Leo Stoller

        Plaintiff,

v.                                     Case No.: 1:07−cv−00092
                                             Honorable William J. Hibbler

Google Inc

        Defendant.


## NOTIFICATION OF DOCKET ENTRY


This docket entry was made by the Clerk on Wednesday, September 26, 2007:


      MINUTE entry before Judge William J. Hibbler: This case is dismissed without prejudice pending resolution of the August 23, 2007 ruling issued by the United States Court of Appeals for the Seventh Circuit in 07−1569, 07−1612, 07−1651, precluding Appellant from filing any documents until payment of sanctions. All pending dates and motions are terminated as moot. Civil case terminated. Mailed notice (jdh)


**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.